18794. REED *v.* THE STATE.

BLOODWORTH, J. The evidence authorized the verdict, and the motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED MAY 15, 1928.

*Tyson & Tyson,* for plaintiff in error.
*J. T. Grice, solicitor-general,* contra.